UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-67-GWU

RALPH RISNER,                                                                    PLAINTIFF,


VS.                                          **ORDER**


MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                        DEFENDANT.

* * * * * * * * * * * * *

In accordance with the Memorandum Opinion simultaneously entered in the

above-styled action,

IT IS HEREBY ORDERED that:

(1)    the Defendant's motion for summary judgment is GRANTED;

(2)    the Plaintiff's motion for summary judgment is DENIED; and

(3)    the administrative decision will accordingly be AFFIRMED by separate

Judgment entered this same date.

This the 4th day of March, 2009.




**Signed By:**

**_G. Wix Unthank_**

**United States Senior Judge**